583 A.2d 320

STATE OF NEW JERSEY v. JOHN NIEVES.

February 13, 1990.

Petition for certification denied.

583 A.2d 320

STATE OF NEW JERSEY v. DARREN WHITLEY.

February 13, 1990.

Petition for certification denied.

583 A.2d 320

STATE OF NEW JERSEY v. REGINALD TURNER.

February 13, 1990.

Petition for certification denied.

583 A.2d 320

STATE OF NEW JERSEY v. JOHN TROY BAKER.

February 13, 1990.

Petition for certification denied.